UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK A. WYATT,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

Case No. 2:12-cv-15647

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 28)
**AND GRANTING PLAINTIFF'S PETITION FOR ATTORNEY FEES** (document no. 21)

The Plaintiff, Mark A. Wyatt ("Wyatt"), successfully appealed the Commissioner of Social Security's unfavorable decision against him. The Court adopted the magistrate judge's Report and Recommendation and entered summary judgment in favor of Wyatt. ECF No. 19. Wyatt then petitioned for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Pet., ECF No. 21. The matter was referred to the magistrate judge. On October 13, 2015, Magistrate Judge Michael J. Hluchaniuk issued a Report and Recommendation recommending the Court grant Wyatt's petition. Report, ECF No. 28.

Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition.  *See* Fed. R. Civ. P. 72(b). Neither party has filed objections. De novo review of the magistrate judge's findings is therefore not required. *Id.* The Court has reviewed the file and the Report, and finds the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions, and will grant Plaintiff's Petition for Attorney Fees.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation

(document no. 28) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Plaintiff's Petition for Attorney Fees (document

no. 21) is **GRANTED**, and the Court awards Plaintiff $7,949.27.

**SO ORDERED**.


s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 4, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on November 4, 2015, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager